**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SANDRA ELLEN BENCH**                                                                            **PLAINTIFF**

**v.**                                      **No. 4:15–CV–239-SWW–JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                               **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

Dated this 26th day of July 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE