IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA ELLEN BENCH**                                                 **PLAINTIFF**

**v.**                      **No. 4:15–CV–239-SWW–JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of July 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE